UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KARTEAU OMAR JENKINS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| V. ) | CV419-198 |
| ) | |
| UNITED STATES DISTRICT COURT ) | |
| SOUTHERN DISTRICT OF GEORGIA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

The above captioned case filed in the Savannah Division of this Court having been previously assigned to the Honorable William T. Moore, Jr.

It is hereby ORDERED that this case be reassigned to the Honorable R. Stan Baker for further plenary disposition.

SO ORDERED, this 10th day of June, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA