IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KARTEAU OMAR JENKINS,

    Petitioner,

v.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA,

    Respondent.

CIVIL ACTION NO.: 4:19-cv-198

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. (Doc. 2.) Petitioner Karteau Omar Jenkins ("Jenkins") did not file Objections to the Report and Recommendation.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Jenkins' 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Jenkins *in forma pauperis* status on appeal.

**SO ORDERED**, this 29th day of June, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In fact, several of the Court's mailings were returned as undeliverable. (Doc. 3, p. 1; Doc. 5, p. 1.) Jenkins' failure to notify the Court of any changes to his address provides a separate, independent reason to dismiss his habeas petition. Local R. 11.1